UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SUSAN BELMONT, on behalf of
herself and others similarly situated,

      Plaintiff,

v.

HOMES OF OPPORTUNITY, INC.,
and LAWRENCE A. MANIACI,

      Defendants.
_____/

Civil Case No. 18-10854
Honorable Linda V. Parker
Magistrate Judge Mona K. Majzoub

## JUDGMENT

Plaintiff filed this putative collective action on March 14, 2018, claiming that Defendants violated the Fair Labor Standards Act ("FLSA") by failing to pay Plaintiff's overtime wages. (ECF No. 1.) All parties stipulated to conditional certification on May 15, 2018. (ECF No. 13.) On December 4, 2018, following a fairness hearing, the Court approved the parties' proposed settlement and granted the parties' joint motion for approval and entry of dismissal. Consequently, in an Opinion and Order entered on this date, the Court dismissed Plaintiff's complaint and closed the matter.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Plaintiff's

Complaint (ECF No. 1) is **DISMISSED WITH PREJUDICE**.

s/ Linda V. Parker<br>
LINDA V. PARKER<br>
U.S. DISTRICT JUDGE

Dated: December 13, 2018

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, December 13, 2018, by electronic and/or U.S. First Class mail.

s/ R. Loury<br>
Case Manager